IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 7:19-cv-219-D

| | |
|---|---|
| PANFILO GONZALES SANTOS a/k/a PANFILO GONZALEZ SANTOS, BENJAMIN GONZALEZ SANJUAN, and GILBERTO GONZALEZ SANJUAN, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>M.A.C. GRADING CO., CHRISTOPHER HALES, and MELISSA D. HALES,<br><br>Defendants. | JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT AND DISMISSAL <u>WITH PREJUDICE</u><br><br><br><br>COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

Plaintiffs Panfilo Gonzalez, Benjamin Gonzalez Sanjuan, and Gilberto Gonzalez Sanjuan (hereinafter referred to as "Plaintiffs" and jointly with Defendants as the "Parties") and Defendants M.A.C. Grading Co., Christopher Hales, and Melissa D. Hales (hereinafter referred to as "Defendants" and jointly with Plaintiffs as the "Parties"), by and through their attorneys, hereby move for Court approval of the attached Settlement Agreement, Receipt, and Release of Claims marked as Exhibit A (signed by all Parties) (DE45-1) under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b).

In support of this Motion, Plaintiffs rely on the concurrently filed Memorandum of Law in Support of their Joint Motion. *See* DE 46. Although Defendants agree that the Settlement Agreement is a fair and reasonable compromise of Plaintiffs' claims and that the Court's approval of the Agreement is appropriate, Defendants specifically reserve the right to object to and otherwise dispute Plaintiffs' allegations and characterizations of the facts detailed by Plaintiffs in their Memorandum in Support (D.E. 46) and in Plaintiffs' counsel's Declaration.

Thus, this Motion should be considered jointly filed as to the relief it seeks only.

Wherefore, the Parties respectfully request that their Joint Motion for Approval of FLSA Settlement Agreement (DE 45) be GRANTED by the Court in the manner set forth in the attached proposed Order (DE 45-2).

Respectfully submitted this 8th day of May, 2021.

| PHELPS DUNBAR LLP | LAW OFFICE OF ROBERT J. WILLIS, P.A. |
|---|---|
| */s/ Nathan A. Huff* | */s/ Robert J. Willis* |
| Nathan A. Huff | Robert J. Willis |
| NC Bar No.: 40626 | NC Bar No.: 10730 |
| GlenLake One\| 4140 ParkLake Avenue, Ste 100 | P.O. Box 1828 |
| Raleigh, North Carolina 27612-3723 | Pittsboro, North Carolina 27312 |
| Telephone: 919-789-5300 | Telephone: 919-821-9031 |
| Facsimile: 919-789-5301 | Facsimile: 919-821-1763 |
| Email: nathan.huff@phelps.com | Email: rwillis@rjwillis-law.com |
| *Local Civil Rule 83.1(d) Counsel for Defendants* | Counsel for Plaintiffs |

AND

Brandon E. Davis (Bar #29823)
Stephanie Poucher (Bar #37263)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: davisb@phelps.com
Email: stephanie.poucher@phelps.com
*Local Civil Rule 83.1(d) Counsel for Defendants*

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of May, 2021 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Nathan A. Huff, Esq.
nathan.huff@phelps.com
Phelps Dunbar LLP
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612

Stephanie M. Poucher, Esq.
Stephanie.Poucher@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

Brandon Davis, Esq.
brandon.davis@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

This the 8th day of May, 2021.

/s/ Robert J. Willis
Robert J. Willis, Esq.
N.C. Bar No.: 10730

3

1971343 v1
4845-7153-3454, v. 1
PD.33583740
Case 7:19-cv-00219-D   Document 45   Filed 05/08/21   Page 3 of 3