IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-219-D

PANFILO GONZALES SANTOS, a/k/a )
"Panfilo Gonzalez Santos," )
BENJAMIN GONZALEZ SANJUAN, and )
GILBERTO GONZALEZ SANJUAN, )
)
               Plaintiffs, )
)      **ORDER**
     v. )
)
M.A.C. GRADING CO., )
CHRISTOPHER HALES, and )
and MELISSA D. HALES, )
)
               Defendants. )

On May 8, 2021, the parties filed a Joint Motion for Approval of FLSA Settlement Agreement ("Joint Motion") [D.E. 45] asking the court to approve the Settlement Agreement, Receipt and Release of Claims ("Settlement Agreement") [D.E. 45-1] executed by plaintiffs Panfilo Gonzales Santos, Benjamin Gonzalez Sanjuan, and Gilberto Gonzalez Sanjuan, and defendants M.A.C. Grading Co., Christopher Hales, and Melissa D. Hales with respect to plaintiffs' claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., asserted in this case. Based on the information presented, the court finds that the settlement is a fair and reasonable resolution of a bona fide FLSA dispute, has been obtained without any collusion by the parties or their respective counsel, and that the relief requested in the Joint Motion and Joint Supporting Memorandum for Approval of FLSA Settlement Agreement [D.E. 46] is fair, reasonable, and appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion [D.E. 45] is GRANTED, and the Settlement Agreement between the parties [D.E. 45-1] is APPROVED. The court shall retain

jurisdiction over this action for a period of 60 days after the date that this order is filed to allow for the parties to enforce the Settlement Agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381 (1994). At the expiration of that 60-day period, absent a motion by one of the parties to this action, this action shall be DISMISSED WITH PREJUDICE. The motion to certify class [D.E. 37] is DENIED as moot. To the extent that the parties have not resolved the topic of attorneys' fees and costs ([D.E. 46-1] 14), the court DIRECTS the parties to engage in a court-hosted settlement conference with United States Magistrate Judge Gates.

SO ORDERED. This _9_ day of July 2021.

JAMES C. DEVER III
United States District Judge