IN THE UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.:7:19-CV-00219-D

| | |
|---|---|
| PANFILO GONZALES SANTOS a/k/a PANFILO GONZALEZ SANTOS, BENJAMIN GONZALEZ SANJUAN, and GILBERTO GONZALEZ SANJUAN, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>M.A.C. GRADING CO., CHRISTOPHER HALES, and MELISSA D. HALES,<br><br>Defendants. | **NOTICE OF SATISFACTION OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

**NOW COMES** Defendants MAC Grading Co., Christopher Hales and Melissa D. Hales (hereinafter collectively referred to as "Defendants") and all Plaintiffs, Panfilo Gonzales Santos a/k/a Panfilo Gonzalez Santos, Benjamin Gonzalez Sanjuan, and Gilberto Gonzalez Sanjuan (hereinafter collectively referred to as "Plaintiffs"), by and through their undersigned counsel, and notifies this Court that the terms of the Parties' settlement agreement have been satisfied, with all sums owed having been paid in full. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this matter hereby stipulate and agree to dismissal with prejudice of this entire action.

Respectfully submitted this the 18th day of October, 2021.

| | |
|---|---|
| PHELPS DUNBAR LLP<br><br>BY:   /s/ Nathan A. Huff<br>       Nathan A. Huff<br>       NC State Bar No.: 40626<br>       4141 ParkLake Ave., Suite 530<br>       Raleigh, NC 27612 | LAW OFFICE OF ROBERT J. WILLIS, P.A.<br><br>BY:   /s/ Robert J. Willis<br>       Robert J. Willis<br>       N.C. State Bar No.: 10730<br>       P.O. Box 1828 |

Telephone: (919) 789-5307
Facsimile: (919)789-5301
Nathan.huff@phelps.com
*Local Civil Rule 83.1(d) Counsel for Defendants*

AND

Brandon E. Davis
Stephanie Poucher
PHELPS DUNBAR LLP
Canal Place| 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
davisb@phelps.com
stephanie.poucher@phelps.com
*Local Civil Rule 83.1(d) Counsel for Defendants*

*Attorneys for Defendants*


DATED: 10/18/2021

Pittsboro, NC 27312
Telephone: (919) 821-9031
Facsimile: (919) 821-1763
rwillis@rjwillis-law.com

*Attorney for Plaintiffs*









DATED: 10/18/2021

CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of October, 2021 a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Nathan A. Huff, Esq.
nathan.huff@phelps.com
Phelps Dunbar LLP
4140 ParkLake Avenue, Suite 100
Raleigh, NC 27612

Stephanie M. Poucher, Esq.
Stephanie.Poucher@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

Brandon Davis, Esq.
brandon.davis@phelps.com
Phelps Dunbar, LLP
365 Canal Place, Suite 2000
New Orleans, LA 70130-6534

This the 18th day of October, 2021.

/s/ Robert J. Willis
Robert J. Willis, Esq.
N.C. Bar No.: 10730